| | |
|---|---|
| 1 | STUART HANLON, CSBN: 66104 |
| | SARA RIEF, CSBN: 227279 |
| 2 | Law Office of Hanlon & Rief |
| | 1663 Mission St, Suite 200 |
| 3 | San Francisco, CA 94103 |
| 4 | Attorney for Defendant |
| | HECTOR LOPEZ, JR. |
| 5 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
        Plaintiff,   )   No. CR-17-00366-001 WHO
           )
           )   **STIPULATION AND (PROPOSED)**
           )   **ORDER TO CONTINUE SENTENCING**
           )   **HEARING**
HECTOR LOPEZ, JR.,   )
        Defendant.   )
           )

**IT IS HEREBY STIPULATED** by the parties that the presently scheduled sentencing hearing for December 7, 2017 at 1:30 p.m. be continued to March 8th, 2018 at 1:30 p.m.

Mr. Lopez's roommate, friend and employer recently passed away of what is believed to have been an aneurysm, so his death was sudden and unexpected. Given his friend had no remaining family, Mr. Lopez has been handling his estate and assisting the City in determining the appropriate probate inquiries and issues. Counsel is requesting that his sentencing be postponed to allow Mr. Lopez to handle this situation as it directly impacts his residence, employment and his potential involvement in probate proceedings as it is believed there may be a will naming Mr. Lopez as the beneficiary.

The Government and Probation do not object to the continuance to allow Mr. Lopez this additional time to handle his affairs.

| | | |
|---|---|---|
| Dated: November 13, 2017 | /s/ | |
| | SARA RIEF | |
| | Attorney for Defendant | |
| | HECTOR LOPEZ, JR. | |

| | | |
|---|---|---|
| Dated: November 13, 2017 | /s/ | |
| | SHEILA ARMBRUST | |
| | Assistant United States Attorney | |

**IT IS SO ORDERED.**

Dated: 11/15/2017

Hon. Judge William H. Orrick